Frederick Banks, plaintiff,

v.

Donald Trump; Mark Hornak;
Sean Langford; Robert Werner; Timothy
Piunichny; Cynthia Reed Eddy; Central
Intelligence Agency; John Brennan;
Barack Obama; Adrian W. Roe; USA;
Federal Bureau and Investigation, Defendants.

16CV 3253

RECEIVED
Civil ADDY PRO SE OFFICE

2016 MAY -2 AM 11: 40

Jury Trial Demanded
Complaint to Disclose Electronic
Surveillance 50 USC § 1806(f)

AND NOW Comes the plaintiff Frederick Banks who alleges for his
complaint as follows; Plaintiff is an Native Indian the Indian Canon cite
Chickasaw Nation = US v. (?) Oliver v. USA F.2d (14)2 FLK v. Wilkins and the application.

1. In and around 2011 on up when plaintiff was confined in this
district the CIA unlawfully placed him under surveillance to
intimidate and harass him remotely and electronically 24/7.

2. Plaintiff was placed under electronic surveillance because he
exposed the fact that an FBI agent named Timothy Piunichny Sr.
set up in a previous case of pointing his handgun at his former
fiancée Meredith Bondi to threaten her before she testified in
front of a Federal Grand Jury which resulted in plaintiff being
incarcerated for over ten years. Also, present was Cynthia Reed
Eddy, Bondi's attorney. Neither Eddy nor Piunichny ever said
a word and covered up their case fixing scam.

3. Mark Hornak, Piunichny, Roe and others including Robert
Cessar and Sean Langford, & Robert Werner and CIA
director John Brennan caused plaintiffs criminal case
to be delayed to protect Eddy and Piunichny in violation of
his Six amendment Right to a Speedy Trial. They engaged in
a civil conspiracy to do so.

4. Plaintiff notified President Obama by letter of the above allegations
instead of notifying plaintiff re purposely along with John
Brennan participated in the "turning of the sky" to violate
plaintiffs rights to due process.

1 of 2

5. Roe, Hornak and Cessor **contracted** a psychiatrist to fake a mental exam for plaintiff instead of investigating his allegations. The FBI, Langford and Werner failed and refused to investigate to protect Painching and Eddy and to keep plaintiff lingering in prison.

6. Plaintiff was placed for no cause or legal right by Brennan and others in the CIAs "Telepathic Behavior Modification Program" (See documents at CIA.gov) (Also see Interviews of Dr. Robert Duncan, a CIA Scientist and Dr. John Hall, author of "Guinea Pigs" and "A New Breed of Satellite Terrorism in America" at Youtube.com explaining technology).

7. This was in violation of the 4th Amendment. There was no probable cause to do so.

8. Upon information and belief plaintiff believes that Donald Trump is also being manipulated by the CIA using this technology. Freedom from Covert Harassment (freedomfch.com) reports that there are over 300,000 "Targeted Individuals" under CIA electronic harassment in the United States. (Search "targeted Individual" at Youtube.com for thousands of similar stories)

9. Plaintiff moves the Court for and order directing the U.S. government to disclose the electronic surveillance under 50 USC § 1806(f) and moves for Judgment against the defendants and for plaintiff under the 4th, 5th and 8th Amendments one 50 USC § 1806, et seq in the amount of $150,000,000.00 plus costs interest and fees and for an order directing the electronic surveillance on Donald Trump. 50 USC § 1806(f) preempts the State Secrets defense. See Jewels, NSA (9th Cir).
   Wherefore, the Judgment should be entered for plaintiff and against defendants in the amount of $150,000,000.00 plus costs interest and fees. A Jury Trial should be ordered.

Respectfully Submitted
_[signature]_
Frederic Bieilly
# 1201759, AC7 PE
950 Second Ave \_\_\_\_ PA 15219

2 of 2

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF   Frederick Banks | COURT CASE NUMBER |
|---|---|
| DEFENDANT   Donald Trump, et al | TYPE OF PROCESS   Civil |

SERVE AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Mary Hazen, Cynthia Reed Eddy, Robert Cessar, CA, USA

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

700 Grant St, Pgh, PA 15219

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Frederick Banks
28756, FCI
950 Second Ave
Pgh, PA 15219

| | |
|---|---|
| Number of process to be served with this Form 285 | 5 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | 1 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                              Fold

Signature of Attorney other Originator requesting service on behalf of:   ☑ PLAINTIFF   ☐ DEFENDANT     TELEPHONE NUMBER     DATE   3/...

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin   No. | District to Serve   No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | ☐ am ☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES:   1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF Frederick Banks | COURT CASE NUMBER |
|---|---|
| DEFENDANT Donald Trump et al. | TYPE OF PROCESS Civil |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Person Roe |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) 437 Grant St, Psh, PA 15219 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| | Number of process to be served with this Form 285 | 4 |
| | Number of parties to be served in this case | 5 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                       Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 5/2/16 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | |
|---|---|
| | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
| Address (complete only different than shown above) | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

**PRINT 5 COPIES:**  1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF Frederick Banks | COURT CASE NUMBER |
|---|---|
| DEFENDANT Donald Trump | TYPE OF PROCESS Civil |

SERVE AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sean Linsfore, Robert Werner, FBI, Donald Trump

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3311 East Carson St, Pgh, PA 15203

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Frederick Banks
163934 1C1
~PM Federal Dist
Pgh, PA 15219

| | |
|---|---|
| Number of process to be served with this Form 285 | 4 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                          Fold

Signature of Attorney other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT

| TELEPHONE NUMBER | DATE 3/... |
|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | ☐ am ☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

3/30/16

'RECEIVED
SDNY PRO SE OFFICE

2016 MAY -2 AM 11: 39

To the clerk,

Enclosed please find for filing my Complaint.
Venue is proper in the SDNY because this alleges that
the electronic surveillance began while I was in that
district. Thank you!

Very Truly yours,

Frederick Ciu...

Returned
&
resent
4/11/16



FIRST-CLASS MAIL

$00.92⁵

ZIP 10007
041L11231278

neopost
04/06/2016
US POSTAGE

SDNY P___ OFFICE
2016 MA_ -2 AM11:40

Rm. 120

Clerk US District Court
THE DANIEL PATRICK MOYNIHAN
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, NY 10007

—OFFICIAL BUSINESS—