UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDERICK BANKS,

                Plaintiff,

                -against-

DONALD TRUMP; MARK HORNAK; SEAN LANGFORD; ROBERT WERNER; TIMOTHY PIVNICHNY' CYNTHIA REED EDDY; CENTAL INTELLIGENCE AGENCY; JOHN BRENNAN; BARACK OBAMA; ANDRIAN N. ROE; USA; FEDERAL BUREAU OF INVESTIGATION,

                Defendants.

16-CV-3253 (LAP)

CIVIL JUDGMENT

Pursuant to the order issued May 17, 2016, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice under the PLRA's "three-strikes" rule, subject to reopening if Plaintiff pays the $400 filing fee within thirty days.  See 28 U.S.C. § 1915(g).  Plaintiff is barred from filing any civil action under the *in forma pauperis* statute while a prisoner unless the allegations bring the complaint within the terms of the statute's "imminent danger" exception.  See 28 U.S.C. § 1915(g).  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: May 17, 2016
      New York, New York

                                             *Loretta A. Preska*
                                             LORETTA A. PRESKA
                                             Chief United States District Judge